# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ROCKY MOUNTAIN LAND COMPANY, LLC, ) | Case No. 12-21643-HRT |
| EIN 84-1344177, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

---

## REQUEST TO TAKE JUDICIAL NOTICE

---

CRE/ADC Venture 2013-1, LLC ("CRE/ADC"), pursuant to the Loan Sale of and for purposes of the final evidentiary hearing on plan confirmation and the hearing on the pending motion for relief from stay scheduled in this case before the Court on November 22, 2013, hereby requests the Court to take judicial notice of the following recorded documents. CRE/ADC has named these documents as exhibits for the upcoming combined hearing.

| Exhibit No. | Exhibit Description | Recordation No. |
|---|---|---|
| 35. | Grandview Loan Allonge and First Deed of Trust | See Assignment of Real Estate Deed of Trust recorded November 13, 2013 in Jefferson County, Colorado, at Reception No. 2013134698 |
| 36. | Webster Loan Allonge and Assignment of First Deed of Trust | See Assignment of Real Estate Deed of Trust recorded November 18, 2013 in Jefferson County, Colorado, at Reception No. 2013136006 |
| 37. | Assignment of Third Grandview Deed of Trust (secures the Webster Loan) | See Assignment of Real Estate Deed of Trust recorded November 18, 2013 in Jefferson County, Colorado, at Reception No. 2013136031 |
| 38. | Assignment of Real Estate Deed of Trust for Mountain Cabin Property | See Assignment of Real Estate Deed of Trust recorded November 18, 2013 in Grand County, Colorado, at Reception No. 2013009667 |
| 39. | Second Grandview Loan Allonge and Second Grandview Deed of Trust | See Assignment of Real Estate Deed of Trust recorded November 18, 2013 in Jefferson County, Colorado, at Reception No. 2013135977 |
| 40. | Assignment of Deed of Trust of Second Webster Deed of Trust (secures the second Grandview loan) | See Assignment of Real Estate Deed of Trust recorded November 18, 2013 in Jefferson County, Colorado, at Reception No. 2013135978 |

1. Rule 201 of the Federal Rules of Evidence provides that the Court may take judicial notice of adjudicative facts:

> (b) *Kinds of facts*. Judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally no one within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

C.R.E. 201(b).

Rule 201(c), Federal Rules of Evidence, provides that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information."

2. The documents CRE/ADC attaches to this Request are authentic under Colorado Rules of Evidence 901(b)(7) and 902(5).

3. The documents CRE/ADC attaches to this Request are not subject to reasonable dispute because each is capable of accurate and ready determination by resort to the public records maintained by the Clerk and Recorder for the County of Jefferson, Colorado, and the County of Grant, Colorado.

4. Undersigned counsel for CRE/ADC has conferred in good faith with counsel for the Debtor regarding the substance of this Request to Take Judicial Notice and states that counsel for the Debtor does not oppose this Request.

Accordingly, no party can reasonably question the accuracy of these facts, *see* C.R.E. 201(b); 803(8), 803(14), and by attaching the necessary information to determine the accuracy of these facts, CRE/ADC believes these are matters of which the Court must take judicial notice. *See* C.R.E. 201(d).

Dated: November 19, 2013

BALLARD SPAHR LLP

By: \s\ Carl A. Eklund
Carl A. Eklund, #2299
1225 17th Street, Suite 2300
Denver, Colorado 80202
Tel: (303) 292-2400
Fax: (303) 296-3956
eklundc@ballardspahr.com

*Attorneys for KeyCorp Real Estate Capital Markets, Inc. d/b/a Keybank Real Estate Capital, as servicer on behalf of the FDIC, as receiver for Bank of Choice*

## CERTIFICATE OF SEVICE

      I hereby certify that a true and correct copy of the foregoing document**, REQUEST TO TAKE JUDICIAL NOTICE,** was transmitted to the following via the email addresses listed below on November 19, 2013.

Harvey Sender Email HSender@sww-legal.com

Katherine Swan Email KSwan@sww-legal.com

      /s/ Dee Bechtold, paralegal

      _____

      for Ballard Spahr LLP